IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AETNA LIFE INSURANCE COMPANY                               PLAINTIFF

v.                           Case No. 14-6087

CAROLYN RITTER, as Administratrix
of the Estate of Judy D. Ritter, as
Administratrix of the Estate of
David W. Ritter, and individually;
DEBBIE COOLEY; DIEDRA LEE; and
GEORGE DONNIE LEE RITTER                                   DEFENDANTS

### JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, Separate Defendant Carolyn Ritter's Motion for Summary Judgment (Doc. 20) is **GRANTED**, and it is **ORDERED** that Carolyn Ritter, individually, is the owner, and entitled to possession, of the benefits of David W. Ritter's life insurance plan.  The Clerk of Court is directed to distribute the Interpleader Funds deposited in the Registry of the Court to Separate Defendant Carolyn Ritter, individually.  This action is **DISMISSED WITH PREJUDICE**, with the parties to bear their own fees and costs.

IT IS SO ORDERED this 23rd day of December, 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge